IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MANDRIEZ SPIVEY, | * |
| Plaintiff, | * |
| v. | Case No.   5:21-cv-398(TES) |
| | * |
| JOHN OR JANE DOES (Unknown Warden, Unknown Assistant Warden, Unknown Psychological Team, and Unknown Female Psychologist), | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated December 8, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of December, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk